No. 162. MOSHER *v.* CONWAY. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Arizona denied for the reason that application therefor

was not made within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). *Mr. John W. Ray* for petitioner. No appearance for respondent.